Chia-li S. Bruce, SBN 252876
425 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 512-5205
Facsimile: (415) 236-6060
Email: cshih@BruceStone.us

Michael Dalrymple, Pro Hac Vice
IN SBN 23539-53
1847 Broad Ripple Avenue, Suite 1A
Indianapolis, IN 46220
Phone: (317) 614-7390
Email: michaeld@dalrymple-law.com

Attorneys for Plaintiff, Walter R. Roule

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **Walter R. Roule,**<br><br>     **Plaintiff,**<br><br> vs.<br><br>**Leon E. Panetta, Director of the Central Intelligence Agency**<br><br>     **Defendant.** | Case No.: **4:10-cv-04632-CW**<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE CASE MANAGEMENT PLAN AND RESCHEDULE CASE MANAGEMENT CONFERENCE** |

  Plaintiff, Walter R. Roule, by counsel, Chia-Li Shih Bruce, pursuant to L.R. 6-1 and L.R. 16-2, respectfully notifies the Court that the parties agree to an enlargement of time of forty-five (45) days for the parties to file a Case Management Plan. The Joint Case Management Plan is due on March 22, 2011. The parties also request the court to reschedule the Initial Case Management Conference to a date on or after March 29, 2011. This enlargement of time is due to the fact that the Defendant was properly served on or about February 8, 2011, and is not able to participate in the development of the Case Management Plan or in the Initial Case Management Conference. The parties have conferred in this matter and agree to this enlargement of time.

Respectfully submitted,

DATED: February 14, 2010

                  */s/ Chiali S. Bruce*
                  Chiali S. Bruce
                  Michael S. Dalrymple
                  Attorneys for Plaintiff

Chia-li S. Bruce, SBN 252876
425 Market Street, Suite 2200
San Francisco, CA 94105
Telephone:  (415) 512-5205
Facsimile:  (415) 236-6060
Email: cshih@BruceStone.us

Michael Dalrymple, Pro Hac Vice
IN SBN 23539-53
1847 Broad Ripple Avenue, Suite 1A
Indianapolis, IN 46220
Phone: (317) 614-7390
Email: michaeld@dalrymple-law.com

Attorneys for Plaintiff, Walter R. Roule

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **Walter R. Roule,**<br><br>          **Plaintiff,**<br><br>     vs.<br><br>**Leon E. Panetta, Director of the Central Intelligence Agency**<br><br>          **Defendant.** | Case No.: **4:10-cv-04632-CW**<br><br>**ORDER APPROVING JOINT STIPULATION TO ENLARGEMENT OF TIME TO SUBMIT CASE MANAGEMENT PLAN AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |

   Comes now the court and according to the joint stipulation of the parties approves the enlargement of time of forty-five (45) days to submit the Case Management Plan.  The Case Management Plan is now due on March 22, 2011.  The Initial Case Management Conference is rescheduled on __**3/29/2011**__.

It is so ordered.

Dated:  __**2/15/2011**__

_____
Judge

ORDER APPROVING JOINT STIPULATION TO ENLARGEMENT OF TIME TO SUBMIT CASE MANAGEMENT PLAN AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

1

Chia-li S. Bruce, SBN 252876
425 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 512-5205
Facsimile: (415) 236-6060
Email: cshih@BruceStone.us

Michael Dalrymple, Pro Hac Vice
IN SBN 23539-53
1847 Broad Ripple Avenue, Suite 1A
Indianapolis, IN 46220
Phone: (317) 614-7390
Email: michaeld@dalrymple-law.com

Attorneys for Plaintiff, Walter R. Roule

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **Walter R. Roule,**<br><br>　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**Leon E. Panetta, Director of the Central Intelligence Agency**<br><br>　　　　　　**Defendant.** | Case No.: **4:10-cv-04632-CW**<br><br>**PROOF OF SERVICE** |

　　　I declare as follows: I am over eighteen years of age and not a party to the within action; I am employed in County of San Francisco, at 425 Market Street, Suite 2200, San Francisco, CA 94105.

　　　On February 14, 2011, I served a true and correct copy of the following document[s], with all exhibits, if any:

**JOINT STIPULATION TO EXTEND TIME TO FILE CASE MANAGEMENT PLAN AND RESCHEDULE CASE MANAGEMENT CONFERENCE**

**ORDER APPROVING JOINT STIPULATION TO ENLARGEMENT OF TIME TO SUBMIT CASE MANAGEMENT PLAN AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

on the following parties:

**Office of the United States Attorney, Civil Division**
**Attn: U.S. Attorney Abraham Simons**
**Federal Courthouse**
**450 Golden Gate Avenue**

PROOF OF SERVICE　　　　　　　　　　　　　　1

| | |
|---|---|
| 1 | San Francisco, CA 94102 |
| | Tel: (415) 436-7200 |
| 2 | Fax: (415) 436-7234 |
| 3 | Email: abraham.simons@usdoj.gov |

4  [ ] **BY U. S. MAIL**: I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served the above document[s] on the party[ies] named above in the above-referenced matter, by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for certified mail, first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addressed to the party[ies] at the address[es] listed above. [C.C.P. §1013(a)]

[ ] **BY EXPRESS MAIL**: I served the above document[s] on the party[ies] named above, in the above-referenced matter, by placing the above-named document[s] in a sealed envelope and depositing them in a mailbox regularly maintained by the United States Postal Service for receipt of Express Mail, at Post Office, California, with Express Mail postage thereon fully prepaid, addressed to the party[ies] at the address[es] listed above. [C.C.P. §1013(c)]

[ ] **BY FEDERAL EXPRESS**: I served the above-named document[s] on the party[ies] named above, in the above-referenced matter, by depositing the above document[s] in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express, with delivery fees paid on prepaid account, addressed to the party[ies] at the address[es] listed above. [C.C.P. §1013(c)]

[ ] **PERSONAL DELIVERY**: By personally delivering the above documents on the above party or parties at the address(es) indicated above. [CCP § 1011]

[X] **BY FACSIMILE**: By use of fax machine number 1-415-236-6060, I served the above-named document[s] on the party[ies] named above, in the above-referenced matter, by transmitting by fax machine to each party's fax machine number listed above. The fax machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[ ] **BY ELECTRONIC MAIL**: By use of electronic "email" address cshih@BruceStone.us, I served the above-named document[s] on the party[ies] named above, in the above-referenced matter, by transmitting by electronic mail to each party's electronic "email" address listed above. The electronic "email" address I used complied with California Rules of Court, Rule 2.260, and no error was reported by the computer. Pursuant to California Rules of Court, Rule 2.260(c), I caused the computer to print a transmission record of the transmission, a copy of which is attached to this declaration.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

*/s/ Chia-li S. Bruce*
Chia-li S. Bruce