Chia-li S. Bruce, SBN 252876
425 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 230-4343
Facsimile: (415) 236-6060
Email: cshih@BruceStone.us

Michael Dalrymple, Pro Hac Vice
IN SBN 23539-53
1847 Broad Ripple Avenue
Suite 1A
Indianapolis, IN 46220
Phone: (317) 614-7390
Email: michaeld@dalrymple-law.com

Attorneys for Plaintiff, Walter R. Roule

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Walter R. Roule, | ) Case No.: 4:10-cv-04632-CW |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO AN ENLARGEMENT |
|  | ) OF TIME FOR PLAINTIFF TO FILE |
| Leon E. Panetta, Director of the Central Intelligence Agency | ) RESPONSE TO DEFENDANT'S |
|  | ) MOTION TO DISMISS |
| Defendant. | ) |
|  | ) Date: 6/02/2011 |
|  | ) Place: Court Room 2, 4th Floor |
|  | ) Time: 2:00pm |
|  | ) Before: HONORABLE CLAUDIA WILKEN |

    Plaintiff, Walter R. Roule, by counsel, Chia-Li S. Bruce and Michael Dalrymple, pursuant to L.R. 6-2, respectfully notifies the Court that the parties agree to an enlargement of time of fourteen (14) days for the Plaintiff to respond to Defendant's Motion to Dismiss. Plaintiff's response to Defendant's Motion to Dismiss would be due

-1-

on May 4, 2011.  This request is due to an additional security measures agreed to by the parties, whereby all documents are first reviewed by a Central Intelligence Agency representative to prevent incidental disclosure of protected information.  The settlement conference scheduled for June 6, 2011, will continue as planned.  This enlargement of time will not alter any scheduled event in this case.

Respectfully submitted,

DATED:  April 18, 2011

_____
**Chiali S. Bruce**
**Michael S. Dalrymple**
Attorneys for PLAINTIFF

**Order**

ORDER APPROVING JOINT STIPULATION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Comes now the court and pursuant to the joint stipulation of the parties approves the enlargement of time of fourteen (14) days for Plaintiff to submit his response to Defendant's Motion to Dismiss, which is now due on May 4, 2011.

It is so ordered.

Dated: 5/4/2011

_____
Honorable Claudia Wilken
United States District Judge