United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER R. ROULE,                                    No. C 10-04632 CW

       Plaintiff,                                   ORDER VACATING
                                                     MOTION HEARING
   v.

LEON E PANETTA, Director of the
Central Intelligence Agency,

       Defendant.
_____/

    The hearing regarding Defendant's pending motion to dismiss,

Docket No. 21, currently scheduled for June 2, 2011, is VACATED.

The Court will take the motion under submission on the papers.  The

parties shall notify the Court when the motion is fully briefed.

The settlement conference will be held as currently scheduled on

June 6, 2011.

    IT IS SO ORDERED.

Dated: 5/24/2011                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge