UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| WALTER R. ROULE, | No. C 10-04632 LB |
| Plaintiff, | **ORDER RE ATTENDANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| LEON E PANETTA, | |
| Defendant. | |

On March 29, 2011, this case was referred to the court for a settlement conference. ECF No. 18.[1] The court issued a notice and order regarding the settlement conference, directing the parties to follow the court's standing order and setting the settlement conference for June 6, 2011. ECF No. 20.

On May 31, 2011, the court received Plaintiff's settlement conference statement. Plaintiff proposed that only his co-counsel attend in person with Plaintiff and his lead counsel participating by telephone because of security concerns and expense. The court appreciates that security concerns may affect who attends, but at the same time, litigation and settlement both require parties to attend.

The government also is directed to comply with the provisions of the court's order regarding who from the government must attend. See ECF No. 20 at 2. In a case like this, it can be productive for someone from management (in addition to agency counsel) to attend.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 10-04632 LB
ORDER RE ATTENDANCE AT SETTLEMENT CONFERENCE

Any concerns may be addressed with the court in an attorneys-only pre-settlement conference call that can be scheduled by calling courtroom deputy Lashanda Scott at 510-637-3525.

**IT IS SO ORDERED.**

Dated: May 31, 2011

_____
LAUREL BEELER
United States Magistrate Judge