Chia-li S. Bruce, SBN 252876
425 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 512-5205
Facsimile: (415) 236-6060
Email: cshih@BruceStone.us

Michael Dalrymple, Pro Hac Vice
IN SBN 23539-53
1847 Broad Ripple Avenue, Suite 1A
Indianapolis, IN 46220
Phone: (317) 614-7390
Email: michaeld@dalrymple-law.com

Attorneys for Plaintiff, Walter R. Roule

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| Walter R. Roule,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Leon E. Panetta, Director of the Central Intelligence Agency<br><br>　　　　Defendant. | Case No.: **4:10-cv-04632-CW**<br><br>**ORDER APPROVING AN ENLARGEMENT OF TIME FOR PARTIES TO PARTICIPATE AN MANDATORY SETTLEMENT CONFERENCE** |

Comes now the court and according to the Plaintiffs motion approves the enlargement of time of sixty (60) days to engage in a mandatory settlement conference.

It is so ordered,

Dated: 7/1/2011

_/s/ [signature]_
Judge

---

ORDER APPROVING AN ENLARGEMENT OF TIME
FOR PARTIES TO PARTICIPATE AN MANDATORY
SETTLEMENT CONFERENCE　　　　　　　　　　1