IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER R. ROULE,<br><br>      Plaintiff,<br><br>  v.<br><br>LEON E. PANETTA, Director of the Central Intelligence Agency,<br><br>      Defendant.<br>_____/ | No. C 10-04632 CW<br><br>ORDER CONCERNING DEFENDANT'S PENDING MOTION TO DISMISS |

On April 4, 2011, Defendant Leon E. Panetta, Director of the Central Intelligence Agency, moved to dismiss this action. On May 4, 2011, Plaintiff filed a partial response, but did not include certain papers, apparently due to the sensitivity of the materials and the need for Defendant to review the materials for security purposes prior to their filing. Defendant's May 11, 2011 notice to the Court stated that the parties were engaged in negotiations to establish a procedure for pre-filing review and intended to enter into a stipulation to set new deadlines for briefing related to the pending motion. Thus far, no such stipulation has been submitted.

Plaintiff shall serve Defendant with a complete response to its motion to dismiss on or before July 29, 2011. Plaintiff need not file his response with the Court, but shall instead file a Certificate of Service establishing that his response was served to

Defendant.  Defendant shall take whatever precautions are needed to prevent improper disclosures and, on or before August 19, 2011, Defendant shall submit to the Court an approved version of Plaintiff's response or propose an alternate method to ensure that the Court is able fully to review Plaintiff's response.  In turn, Defendant shall take whatever precautions are needed to submit its reply brief to the Court on or before September 9, 2011.  If necessary, the Court will set a date for a hearing on the motion.

IT IS SO ORDERED.

Dated: July 5, 2011

CLAUDIA WILKEN
United States District Judge