IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER R. ROULE,

        Plaintiff,

  v.

DAVID H. PETRAEUS, Director of the
Central Intelligence Agency,

        Defendant.

_____/

No. C 10-04632 CW

ORDER CONCERNING
DEFENDANT'S
PENDING MOTION TO
DISMISS

On April 4, 2011, Defendant Leon E. Panetta,[1] Director of the

Central Intelligence Agency, moved to dismiss this action.  On May

4, 2011, Plaintiff filed a partial response, but did not include

certain papers, apparently due to the sensitivity of the materials

and the need for Defendant to review the materials for security

purposes prior to their filing.  Defendant's May 11, 2011 notice to

the Court stated that the parties were engaged in negotiations to

establish a procedure for pre-filing review and intended to enter

into a stipulation to set new deadlines for briefing related to the

pending motion.

    After the parties failed to enter such a stipulation and

delayed the completion of briefing on Defendant's motion to

dismiss, the Court issued an order on July 5, 2011, providing

instructions to the parties, taking account of the security

concerns.  Pursuant to that order, Defendant submitted his reply

_____

[1]Pursuant to Federal Rule of Civil Procedure 25(d), David H.
Patraeus is substituted as Defendant, in place of Leon E. Panetta.

**United States District Court**
For the Northern District of California

1   brief on September 9, 2011.  However, Defendant has not complied

2   with the Court's order that he submit an approved version of

3   Plaintiff's response or, alternatively, propose a different method

4   to ensure that the Court is able fully to review Plaintiff's

5   response.  The Court is aware that Plaintiff was delayed in filing

6   his Certificate of Service, confirming that he submitted his

7   complete response to Defendant.  However, it appears that Defendant

8   has had Plaintiff's complete response to the motion to dismiss

9   since August 12, 2011.

10        On or before September 26, 2011, Defendant shall submit to the

11   Court an approved version of Plaintiff's response or propose an

12   alternate method to ensure that the Court is able fully to review

13   Plaintiff's response.  If Defendant fails to comply with this

14   order, his motion to dismiss will be denied.

15        IT IS SO ORDERED.

16

17

18   Dated: 9/13/2011

19                                    CLAUDIA WILKEN
                                      United States District Judge

20

21

22

23

24

25

26

27

28
                                        2