IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER R. ROULE,

       Plaintiff,

  v.

DAVID H. PETRAEUS, Director of the Central Intelligence Agency,

       Defendant.
_____/

No. C 10-04632 CW

ORDER CONCERNING DEFENDANT'S PENDING MOTION TO DISMISS

On April 4, 2011, Defendant Leon E. Panetta,[1] Director of the Central Intelligence Agency, moved to dismiss this action.  On May 4, 2011, Plaintiff filed a partial response, but did not include certain papers, apparently due to the sensitivity of the materials and the need for Defendant to review the materials for security purposes prior to their filing.  Defendant's May 11, 2011 notice to the Court stated that the parties were engaged in negotiations to establish a procedure for pre-filing review and intended to enter into a stipulation to set new deadlines for briefing related to the pending motion.

After the parties failed to enter such a stipulation and delayed the completion of briefing on Defendant's motion to dismiss, the Court issued an order on July 5, 2011, providing instructions to the parties, taking account of the security concerns.  Pursuant to that order, Defendant submitted his reply

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), David H. Patraeus is substituted as Defendant, in place of Leon E. Panetta.

1  brief on September 9, 2011.  However, Defendant has not complied
2  with the Court's order that he submit an approved version of
3  Plaintiff's response or, alternatively, propose a different method
4  to ensure that the Court is able fully to review Plaintiff's
5  response.  The Court is aware that Plaintiff was delayed in filing
6  his Certificate of Service, confirming that he submitted his
7  complete response to Defendant.  However, it appears that Defendant
8  has had Plaintiff's complete response to the motion to dismiss
9  since August 12, 2011.

10  On or before September 26, 2011, Defendant shall submit to the
11  Court an approved version of Plaintiff's response or propose an
12  alternate method to ensure that the Court is able fully to review
13  Plaintiff's response.  If Defendant fails to comply with this
14  order, his motion to dismiss will be denied.

15  IT IS SO ORDERED.

18  Dated: 9/13/2011

CLAUDIA WILKEN
United States District Judge

2