IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER R. ROULE, | No. C 10-04632 CW |
| Plaintiff, | ORDER DEEMING PLAINTIFF'S MOTION TO CONTINUE DISCOVERY DEADLINES MOOT, Docket No. 47, and REFERRING MATTER OF DISCOVERY DEADLINES TO MAGISTRATE JUDGE BEELER |
| v. | |
| DAVID H. PETRAEUS, Director of the Central Intelligence Agency, | |
| Defendant. | |
| / | |

    On October 5, 2011, the Court ordered the parties to submit, within four days from the date of this order, a stipulation with a new set of agreed-upon discovery deadlines.  If the parties were unable to reach an agreement, the parties were both to submit their proposed schedule for discovery.  Instead of filing the required response, Plaintiff filed a new motion to continue discovery deadlines, containing nine pages of argument as to why discovery deadlines should be continued.  Docket No. 45.  Defendant submitted a declaration in response to the motion.  Docket No. 47.

    On October 14, 2011, the parties met with Magistrate Judge Beeler for a settlement conference.  The parties did not reach a settlement, but agreed to basic procedures regarding confidentiality issues, including discovery processes and pre-filing review of filings, which previously caused significant delay in completing discovery in this case.  The parties also agreed to

submit a stipulation and request to extend discovery and other court dates within two weeks.  Plaintiff's motion to continue discovery deadlines, which failed to comply with the Court's October 5th order, has been terminated as moot.

Pursuant to Local 72-1, IT IS HEREBY ORDERED that the discovery and case management schedule is referred to Judge Beeler. Once the parties have submitted their stipulation and request to continue dates, Judge Beeler may enter an order adjusting any dates that do not affect the Court's hearing dates, and may recommend changes in the Court's hearing and trial dates.

If the parties are unable to agree to a proposed schedule, in lieu of a joint stipulation, the parties shall both submit their proposed schedule for discovery, not to exceed two pages.  If the parties fail to follow the Court's order, the Court will set a schedule that it deems appropriate and sanctions may be imposed.

IT IS SO ORDERED.

Dated: 10/19/2011

CLAUDIA WILKEN
United States District Judge

cc: LB; MagRef