UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER R. ROULE, | No. C 10-04632 CW (LB) |
| Plaintiff, | |
| v. | **ORDER & RECOMMENDATIONS RE DISCOVERY DEADLINES** |
| DAVID PETRAEUS, | [ECF No. 50] |
| Defendant. | |
| _____/ | |

In the above-captioned matter, the district court referred discovery, in addition to settlement, to the undersigned. Order, ECF No. 49 at 2. In its discovery referral, the district court authorized the undersigned to adjust any dates that do not affect the district court's hearing dates and to recommend changes in the district court's hearing and trial dates. *Id.*

The parties submitted a stipulation with the following proposed dates:

| **Event** | **Current Deadline** | **Proposed New Date** |
|---|---|---|
| Case Management Conference | 12/15/11 | 5/17/12 |
| Close of Fact Discovery | 10/3/11 | 8/30/12 |
| Last Day to Disclose Experts | 1/17/12 | 9/30/12 |
| Last Day for Expert Discovery | 2/17/12 | 10/30/12 |
| Hearing Date for Case-Dispositive Motions | 12/15/11 | 11/1/12 |
| Pretrial | 4/10/12 | 1/15/13 |
| Trial | 4/23/12 | 1/28/13 |

1  Joint Request, ECF No. 50 at 2.

2      Because these dates impact the district court's deadlines, the court does the following.  As
3  interim measure, the court **ORDERS** extends the discovery deadlines to December 1, 2011 to ensure
4  that the parties continue to engage in the discovery process.  The court further **ORDERS** the parties
5  to contact courtroom deputy Lashanda Scott at 1-510-637-3525 to schedule a telephonic conference
6  with counsel to address outstanding discovery management issues.  Additionally, given the
7  sensitivity of the information at issue in this case and the attendant discovery delays, the
8  undersigned **RECOMMENDS** that the district court adopt the parties' proposed schedule.

9      **IT IS SO ORDERED.  IT IS SO RECOMMENDED**

10 Dated: November 1, 2011

12     LAUREL BEELER
    United States Magistrate Judge

ORDER & RECOMMENDATION RE DISCOVERY DEADLINES
C 10-04632 CW (LB)    2