IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER R. ROULE, | No. C 10-4632 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S ORDER AND RECOMMENDATION RE STIPULATION (DOCKET NO. 50) |
| v. | |
| DAVID H. PETRAEUS, | |
| Defendant. | |

    Having reviewed Magistrate Judge Beeler's November 1, 2011 recommendations regarding case management deadlines in the above-captioned case, the Court adopts the deadlines set by Magistrate Judge Beeler with the following amendments: (1) November 1, 2012 for hearing case dispositive motions and further case management conference, (2) January 16, 2013 for the final pretrial conference, and (3) January 28, 2013 to commence trial.

Dated: 11/3/2011

CLAUDIA WILKEN
United States District Judge