UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER R. ROULE, | No. C 10-04632 CW (LB) |
| Plaintiff, | |
| v. | **ORDER RE TELEPHONIC DISCOVERY CONFERENCE** |
| DAVID PETRAEUS, | |
| Defendant. | |

In the above-captioned matter, the district court referred discovery, in addition to settlement, to the undersigned. Order, ECF No. 49 at 2. On November 21, 2011, Plaintiff filed a discovery letter in which he stated that he was unable to reach Defendant to finalize the submission of a joint letter. The court again **ORDERS** the parties to contact courtroom deputy Lashanda Scott at 1-510-637-3525 to schedule a telephonic conference with counsel to address outstanding discovery management issues by December 15, 2011. The parties shall lodge a copy of their joint discovery letter or a joint status update if there are no disputes no less than seven days before the date of the telephonic conference.

**IT IS SO ORDERED.**

Dated: November 22, 2011

LAUREL BEELER
United States Magistrate Judge