UNITED STATES DISTRICT COURT
For the Northern District of California

1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10  WALTER R. ROULE,                              No. C 10-04632 CW (LB)

11           Plaintiff,

                                          **ORDER RE TELEPHONIC
12       v.                               DISCOVERY CONFERENCE**

13  DAVID PETRAEUS,

14           Defendant.

15  _____/

16       In the above-captioned matter, the district court referred discovery, in addition to settlement,

17  to the undersigned. Order, ECF No. 49 at 2. On November 21, 2011, Plaintiff filed a discovery

18  letter in which he stated that he was unable to reach Defendant to finalize the submission of a joint

19  letter. The court again **ORDERS** the parties to contact courtroom deputy Lashanda Scott at 1-510-

20  637-3525 to schedule a telephonic conference with counsel to address outstanding discovery

21  management issues by December 15, 2011. The parties shall lodge a copy of their joint discovery

22  letter or a joint status update if there are no disputes no less than seven days before the date of the

23  telephonic conference.

24       **IT IS SO ORDERED.**

25  Dated: November 22, 2011

26                                          _____
                                            LAUREL BEELER
27                                          United States Magistrate Judge

28

ORDER RE TELEPHONIC DISCOVERY CONFERENCE
C 10-04632 CW (LB)