UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| WALTER R. ROULE, | No. C 10-04632 LB |
| Plaintiff, | **ORDER RE PLAINTIFF'S APRIL 9, 2012 LETTER** |
| v. | |
| DAVID H. PETRAEUS, | |
| Defendant. | |

On April 9, 2012, Plaintiff Walter Roule sent an email with a PDF attachment to the court. The attachment potentially contained classified information and was submitted to the Central Intelligence Agency for classification review. The first nine pages of the PDF, a letter from Roule to the court, was deemed not classified when separated from the letter's attachments, which remain under review. In Roule's letter, he described certain discovery issues. Defendant David Petraeus contends that Roule's requests for relief should be denied because the letter did not comply with the court's standing order. Petraeus otherwise asks for the opportunity to respond to the discovery issues raised by Roule, either by Friday, April 20, 2012 (without the attachments) or Friday, April 27, 2012 (with the attachments).

///

///

///

///

C 10-04632 LB
ORDER

1  The court **ORDERS** the parties to comply with the discovery-dispute process set forth in the
2 court's standing order, including the submission of a joint letter. To the extent that there is any
3 confusion, the standing order permits lead counsel to meet and confer by telephone if counsel are
4 located outside of the Bay Area and cannot confer in person. *See* ECF No. 58-1 at 2.

5  **IT IS SO ORDERED.**

6

7 Dated: April 16, 2012

_____

8 LAUREL BEELER
United States Magistrate Judge

C 10-04632 LB
ORDER                                    2