UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| WALTER R. ROULE, | No. C 10-04632 LB |
| Plaintiff, | **ORDER RE 4/30/12 JOINT DISCOVERY LETTER** |
| v. | |
| LEON E PANETTA, | [ECF No. 65] |
| Defendant. | |

By letter brief filed April 30, 2012, the parties filed a joint discovery letter brief regarding a discovery dispute (as required by this court's procedures for discovery disputes). *See* ECF No. 65. On May 1, 2012, the government filed a motion in district court to stay the case (including all discovery) pending completion of the government's deliberations regarding whether it will assert the state secrets privilege. *See* Motion, ECF No. 66 (noticed for June 21, 2012).

Given these circumstances, the court deems it appropriate to defer consideration of any discovery disputes until after the district court addresses the pending motion to stay. The court thus denies the letter brief without prejudice. Should the district court deny the motion to stay, the parties may renew their discovery challenge by filing a joint letter brief. If the parties' dispute has not changed, that new letter brief need only incorporate by reference the letter brief at ECF No. 65.

This disposes of ECF No. 65.

**IT IS SO ORDERED.**

Dated: May 24, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 10-04632 CW ( LB)
ORDER