IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER R. ROULE,

      Plaintiff,

  v.

LEON E PANETTA,

      Defendant.

_____/

No. 10-04632 CW

ORDER REGARDING
DISCOVERY AND CASE
MANAGEMENT

Discovery and case management issues in this case have previously been referred to Judge Beeler.  Defendant's motion to stay should have been filed before her, and is referred to her.  The hearing noticed before this Court is vacated.  As previously explained, Judge Beeler may enter an order adjusting any dates that do not affect the Court's hearing dates, and may recommend changes in the Court's hearing and trial dates.  Judge Beeler will notify the parties if a hearing will be held.  Meanwhile, the discovery cut-off is extended to December 30, 2012, because both parties have agreed to that.

Dated: 6/11/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef; LB