

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*9th Floor, Federal Building*     *(415) 436-7264*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*     *FAX:(415) 436-7234*

June 15, 2012

Hon. Laurel Beeler, U.S. Magistrate Judge
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *Roule v. Petraeus*, 10-4632 CW
              June 21, 2012 Scheduling Conference

Dear Judge Beeler,

    The Court has filed a notice of a scheduling conference for June 21, 2012. Plaintiff previously has requested that the hearing on defendant's motion for a stay be "off calendar."

    Defendant requests that as an accommodation to the request in plaintiff's June 12, 2012 filing and to avoid raising any security concerns, that the scheduling conference be held telephonically.

                                    MELINDA HAAG
                                    United States Attorney

                            _____/s/_____
                                    ABRAHAM A. SIMMONS
                                    Assistant United States Attorney
                                    Attorneys for Defendant

`Date: June 19, 2012`



DENIED
Judge Laurel Beeler