UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

San Francisco Division

| | |
|---|---|
| WALTER R. ROULE, | No. C 10-04632 LB |
| Plaintiffs, | ORDER RE TIMING ISSUES |
| v. | |
| DAVID H. PETRAEUS, DIRECTOR of the CENTRAL INTELLIGENCE AGENCY, | |
| Defendant. | |

_____/

To the extent that the government decides to file a motion to dismiss, the government shall discuss the calendaring of that motion and the filing of any opposition with Plaintiff's counsel to minimize travel expenses.  To the extent that the filing of the motion implicates the timing of discovery issues, the court expects that the parties should be able to work out timing issues, but if they cannot, then they should enlist the court's assistance.  That may be done by calling courtroom deputy Lashanda Scott at 415-522-3140 to arrange an informal discovery scheduling conference.

**IT IS SO ORDERED.**

Dated:  June 26, 2012

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C 10-04632 CW (LB))