1
2
3
4
5
6
7
8                   UNITED STATES  DISTRICT COURT
9                    Northern District of California
10                      San Francisco Division
11   WALTER R. ROULE,                        No. C 10-04632 CW (LB)
12              Plaintiffs,                    ORDER RE TIMING ISSUES
        v.
13
     DAVID H. PETRAEUS, DIRECTOR of the
14   CENTRAL INTELLIGENCE AGENCY,
15              Defendant.
     _____/
16

17        The court conducted settlement calls today with the parties.  The court will talk to the

18   government on Friday, July 20, 2012, and will set further dates then.

19        From a case management perspective, the court previously asked the government to discuss the

20   calendaring of any motion to dismiss and the timing of the filing of any opposition with Plaintiff's

21   counsel to minimize the travel expenses and other burdens.  6/26/12 Order, ECF No. 82.  The court

22   also directed a further in-person settlement conference in a clerk's notice on July 17, 2012.  The

23   interplay between the two schedules may matter, particularly because extra expenses do nothing to

24   advance settlement.  The parties should meet and confer when scheduling settlement hearings and

25   court hearings to try to address these issues.

26        The court also raised the issue in its minute order about who should attend the settlement

27   conference.  The court clarifies that agency counsel was knowledgeable and helpful, but under the

28   court's ADR procedures, a person (such as an agency component supervisor) can be the person with

UNITED STATES DISTRICT COURT
For the Northern District of California

the authority to settle.  That person is the client, and settlement prospects are maximized if the persons who are the decisionmakers are at the table to assess the litigation and whether settlement makes sense.  The court asks the government to assess whether those decisionmakers can be included in the process to make the settlement process more robust.  It has happened in other government cases with federal agencies who bring non-lawyer high-level agency supervisors to the settlement conference.

**IT IS SO ORDERED.**

Dated:  July 19, 2012

_____

LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

ORDER (C 10-04632 CW (LB))

2